Andres ABREU, Petitioner–Appellee,

v.

John ASHCROFT, Attorney General of the United States, James W. Ziglar, Commissioner, Immigration and Naturalization Service, Edward McElroy, District Director, New York District, U.S. Immigration & Naturalization Service, and the Immigration and Naturalization Service, Respondents–Appellants.

No. 99–2700.

United States Court of Appeals, Second Circuit.

June 22, 2004.

No appearance for Appellee.

Varuni Nelson, Assistant United States Attorney (Margaret M. Kolbe, Assistant United States Attorney, on the brief) for Roslynn R. Mauskopf, United States Attorney, Eastern District of New York, Brooklyn, New York, for Appellants.

Present: Honorable JAMES L. OAKES, Honorable REENA RAGGI, Circuit Judges, and Honorable NAOMI REICE BUCHWALD,* District Judge.

* The Honorable Naomi Reice Buchwald of the    United States District Court for the Southern

SUMMARY ORDER

The government appeals from a decision of the district court granting Petitioner–Appellee Andres Abreu a writ of habeas corpus. The district court granted Abreu the writ based on the decisions in *Maria v. McElroy*, 68 F.Supp.2d 206 (E.D.N.Y.1999), and *Pottinger v. Reno*, 51 F.Supp.2d 349 (E.D.N.Y.1999). We have since abrogated these decisions. *Restrepo v. McElroy*, 369 F.3d 627 (2d Cir.2004). Because Appellee Abreu has not entered an appearance before us, either *pro se* or represented by counsel, and the record on appeal (as supplemented by the government's motion to supplement the record) does not reveal any arguable basis for habeas relief, the district court's decision is REVERSED.